```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DARIO LAREDO,

                        Plaintiff,                          REPORT AND RECOMMENDATION
                                                            19 CV 4480 (LDH)(LB)
        -against-

JET BLUE AIRWAYS CORPORATION,
DON PETERSON, *Manager Cabin
Planning*, BORIS ROGOFF, *Director
Maintenance Planning*, ANTHONY
LOWERY, *Vice President Tech Ops*,

                        Defendants.
------------------------------------------------------X
```

**FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ JAN 30 2020 ★ BROOKLYN OFFICE**

**BLOOM, United States Magistrate Judge:**

Plaintiff commenced this action against defendants on July 31, 2019, ECF No. 1, and the summonses were issued on August 21, 2019, ECF No. 3. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under Rule 4(m), plaintiff was required to serve defendants with the complaint and summons by November 20, 2019. ECF No. 4. On November 18, 2019, plaintiff reported that he planned to retain an attorney and requested an extension of time to serve defendants. ECF No. 5. The Court granted plaintiff's request and extended plaintiff's deadline to serve defendants to January 6, 2020. ECF No. 6. As of the date of this Report, the Court's record does not reflect that plaintiff has properly served defendants. Because plaintiff has failed to file proof of service or show good cause why service was not timely effected on defendants, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/ Judge Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: January 30, 2020
Brooklyn, New York